UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUL - 7 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY \_\_\_\_\_ msb
DEPUTY CLERK

UNITED STATES OF AMERICA

v.  DR:01-CR-00251(5)-AM

Kelly Cardona

    Defendant

## ORDER ON DEFENDANT Kelly Cardona MOTION FOR CONTINUANCE

Defendant Kelly Cardona Motion for Continuance is hereby:

    __✓__    GRANTED

    _____    DENIED

It is therefore ordered that this matter is reset to July 13, 2011, at 9:00 a.m.

Signed in Del Rio, Texas on this the 7th day of July, 2011.

Collis White
United States Magistrate Judge